IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JENNIFER MADONIA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:14-00768 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| UNCLE BUD'S OF MURFREESBORO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

I hereby recuse myself in the above-styled action. This case shall be returned to the Clerk for reassignment.

It is so **ORDERED**.

**ENTERED** this the _8th_ day of August, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge