# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER MADONIA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:14-0768 |
| | ) Judge Trauger |
| UNCLE BUD'S OF MURFREESBORO, LLC, | ) |
| UNCLE BUD'S CATERING, LLC, | ) |
| UNCLE BUD'S, LLC, CRAIG DEVER, and | ) |
| JAY SMITH, | ) |
| Defendants. | ) |

## **O R D E R**

Upon the reassignment of this case to Judge Trauger (Docket No. 16), the reference to the Magistrate Judge is **WITHDRAWN**. By separate order, this case is being set for trial before Judge Trauger.

It is further **ORDERED** that the Clerk shall **TERM** the Motion to Dismiss filed on June 12, 2014 (Docket No. 11), as the filing of the First Amended Complaint on June 26, 2014 (Docket No. 13) rendered this **MOOT**.

It is so **ORDERED**.

ENTER this 11th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge