# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JENNIFER MADONIA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:14-0768 |
| ) | Judge Trauger |
| UNCLE BUD'S OF MURFREESBORO, LLC, ) | |
| UNCLE BUD'S CATERING, LLC, ) | |
| UNCLE BUD'S, LLC, ) | |
| CRAIG DEVER, and ) | JURY DEMAND |
| JAY SMITH, ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Jennifer Madonia ("Plaintiff") and Defendants Uncle Bud's of Murfreesboro, LLC, Uncle Bud's Catering, LLC, Uncle Bud's, LLC, Craig Dever, and Jay Smith ("Defendants"), and, pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismiss the above-styled civil action **WITH PREJUDICE**, each party to bear its own costs, expenses, and attorney's fees.

Respectfully submitted this 5th day of January, 2015.

/s/ Jerry E. Farmer_____
Jerry E. Farmer #017180
1535 West Northfield Boulevard #8
Murfreesboro, TN  37130
(615)893-4020

Kerry Knox #23302
117 S. Academy Street
Murfreesboro, TN  37130
(615)896-1000

Attorneys for Plaintiff

/s/ Bryan E. Pieper_____
James A. Crumlin, Jr. #19760
Bryan E. Pieper, BPR # 016852
Attorneys for Defendants
511 Union Street, Suite 1600
Nashville, Tennessee 37219
(615) 238-6318 phone
(615) 238-6301 fax
jcrumlin@bonelaw.com
bpieper@bonelaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2015, I electronically filed the foregoing using the CM/ECF filing system which will send notification of same to the following individuals:

>James A. Crumlin, Jr. #19760
>Bryan E. Pieper, BPR # 016852
>Attorneys for Defendants
>511 Union Street, Suite 1600
>Nashville, Tennessee 37219
>(615) 238-6318 phone
>(615) 238-6301 fax
>jcrumlin@bonelaw.com
>bpieper@bonelaw.com

>/s/ Jerry E. Farmer
>Attorney for Plaintiff